UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00250-HZ |
| v. | INFORMATION |
| ~~MARIE~~ MARNIE SAMANTHA SAGER, | 41 C.F.R. § 102-74.385 |
| Defendant. | 40 U.S.C. § 1315 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Failing to Obey a Lawful Order)
(41 C.F.R. § 102-74.385)

On or about July 21, 2020, in the District of Oregon, defendant **MARIE SAMANTHA SAGER** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and failed to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 22, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ Paul T. Maloney
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney

**Misdemeanor Information**   Page 1
Revised April 2018