BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00250-HZ |
| v. | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 19, 2021

                                                        Respectfully submitted,

                                                        BILLY J. WILLIAMS
                                                        United States Attorney

                                                        <u>s/ *Pamela Paaso*</u>
                                                        PAMELA PAASO
                                                        Assistant United States Attorney