# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00250-HZ |
| v. | **ORDER DISMISSING INFORMATION WITH PREJUDICE** |
| MARNIE SAMANTHA SAGER, | |
| Defendant. | **Rule 48(a) Fed. R. Crim. P.** |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Marnie Samantha Sager, in the above-captioned case be DISMISSED with prejudice.

Dated:  February ____19____, 2021.

_____
HONORABLE MARCO A. HERNANDEZ
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney

**Order Dismissing Information with Prejudice**          **Page 1**